1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    JOSEPH L. STANLEY,                    No. CIV S-06-2322-FCD-CMK-P

12              Plaintiff,

13       vs.                               <u>ORDER</u>

14    BAKER,

15              Defendant.

16    _____/

17              Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter

18    was referred to a United States Magistrate Judge pursuant to Eastern District of California local

19    rules.

20              On November 19, 2007, the magistrate judge filed findings and recommendations

21    herein which were served on the parties and which contained notice that any objections to the

22    findings and recommendations were to be filed within 20 days.  No objections to the findings

23    and recommendations have been filed.

24              The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.

26    / / /

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed November 19, 2007, are adopted in full;

2.      This case is dismissed for plaintiff's failure to exhaust administrative remedies; and

3.      The Clerk of the Court is directed to enter judgment and close this case.

DATED: December 19, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE